1  THE LAW OFFICES OF JUDITH S. LELAND, APLC
   7007 Washington Avenue, Suite 240
2  Whittier, CA 90602
3  Telephone: (562) 904-6955
   Facsimile:  (562) 632-1301
4  JUDITH S. LELAND (State Bar No: 63747)
5  MICHAEL T. KEATING (State Bar No: 266562)
   E-mail: tracey@disabilitylawfirm.com
6  Attorneys for Plaintiff
7  NICOLA T. HANNA
8  United States Attorney
   DAVID M. HARRIS
9  Assistant United States Attorney
10 CEDINA M. KIM
   Assistant United States Attorney
11 Senior Trial Attorney, Civil Division
12 TINA NAICKER (State Bar No:          )
13 Special Assistant United States Attorney
           Social Security Administration
14         160 Spear Street, Suite 800
15         San Francisco, CA  94105
           Telephone: (415) 977-
16         Facsimile: (415) 744-0134
17         Email: Tina.Naicker@ssa.gov
           Attorneys for Defendant
18

19                UNITED STATES DISTRICT COURT
20                CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
21

22 | JOSEPH JOHN HEIDELMAIER,    ) Case No. CV 19-00082-PJW
23 |                             )
   |      Plaintiff,             ) [PROPOSED] ORDER AWARDING
24 |                             ) EQUAL ACCESS TO JUSTICE
   |         v.                  ) ACT ATTORNEY FEES
25 | ANDREW SAUL,                ) PURSUANT TO 28 U.S.C. § 2412(d)
26 | Commissioner of Social Security, )
27 |                             )
   |      Defendant.             )
28 |_____)

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of  FOUR
3  THOUSAND  THREE  HUNDRED  and  FIFTY  DOLLARS  [$4,350.00].  as
4  authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation
5
6
7  Dated:  June 19, 2020         _____
                                  HONORABLE  PATRICK J. WALSH
8                                 UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1